In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00456-CR


 ____________________



RANDY QUOC NGHIEM, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 90943 






MEMORANDUM OPINION



 On November 25, 2009, we notified the parties that our jurisdiction was not apparent
from the notice of appeal, and that the appeal would be dismissed for want of jurisdiction
unless we received a response showing grounds for continuing the appeal. No response has
been filed.

 The notice of appeal seeks to appeal the trial court's order continuing and modifying
Nghiem's community supervision and imposing additional conditions. The trial court's order
is not appealable. See Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977) (Appellate
court lacks jurisdiction on direct appeal from an order modifying the terms and conditions
of probation.); see also Christopher v. State, 7 S.W.3d 224, 225 (Tex. App.--Houston [1st
Dist.] 1999, pet. ref'd). Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 _________________________________

 DAVID GAULTNEY 

 Justice


Opinion Delivered January 20, 2010

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.